Brian G. Hannemann, Esq. (166109), 1042 N. Mountain Ave., B-222, Upland, CA 91786, (909) 980-7878;

Marc D. Mabile, Esq. (144799), 1950 Fifth Ave., Suite 200, San Diego, CA 92101, (619) 702-2600

Attorneys for Plaintiffs Joy Greiner, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY GREINER, LISA NASSAR, SANDRA FLORES, ALICIA PENALOZA, MARC MABILE, BRIAN HANNEMANN,<br><br>Plaintiff(s),<br>v.<br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-50,<br><br>Defendant(s). | CASE NUMBER<br><br>5:22-cv-01229-SSS-KK<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


| July 22, 2022 | /s/Brian G. Hannemann, Esq. |
|---|---|
| *Date* | *Signature of Attorney/Party* |


NOTE: **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**